Budd Realty Corporation, Appellant, v. Ann Epstein and Others, etc., Defendants, and Louis H. Pink, Superintendent of Insurance of the State of New York, as Rehabilitator of Bond and Mortgage Guarantee Company, Respondent. — Order dismissing the complaint as against defendant Louis H. Pink, Superintendent of Insurance, as rehabilitator of Bond and Mortgage Guarantee Company, awarding judgment to that effect and directing the cancellation of the notice of pendency of action filed herein, affirmed, with ten dollars costs and disbursements. No opinion. Plaintiff, if so advised, may serve an amended complaint within ten days from the entry of the order hereon. Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ., concur.

Margrethe Callister, as Executrix, etc., of Herbert J. Callister, Deceased, Respondent, v. Florence H. Brand and Others, Defendants; Mary Stern, Assignee, Appellant; Maxwell D. Gussman, Receiver-Respondent.— Order confirming the account of the receiver in a foreclosure action, fixing his commissions, granting an allowance to his attorney, directing that he pay plaintiff the moneys remaining in his hands to the credit of this action, and directing his discharge upon compliance with the terms of the order, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ., concur.

Hannah C. Carlson, Appellant, v. Franz O. Johnson, Respondent.— In an action for a partnership accounting, order granting defendant's motion for a reargument of a motion to confirm a report of an official referee, and upon reargument referring the matter back to the official referee to determine certain questions and report thereon, modified by striking out the last paragraph thereof and by substituting therefor a provision that the judgment entered on February 21, 1936, is vacated. As so modified, the order is affirmed, without costs. In our opinion, it is somewhat doubtful whether the Special Term was empowered to make the order appealed from without vacating the judgment; and to save any question as to such power, we direct that the judgment be vacated. Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ., concur. [See ante, p. 750.]

David H. Clark, Respondent, v. John L. Dodge, Bell & Company, Inc., and Hollings-Smith Company, Appellants.— Order granting plaintiff's motion for the examination of the defendants before trial modified by eliminating items g and h and by providing that the books and papers, etc., directed to be produced on the examination, be used as provided in section 296 of the Civil Practice Act, and as so modified affirmed, without costs. The examination is to proceed on five days' notice. Order granting, upon terms, plaintiff's motion for an injunction pendente lite affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ., concur.

Commissioner of Public Welfare of The City of New York, on Complaint of Juliet Faigen, Respondent, v. Sam Friedman, Appellant.— Order of the Court of Special Sessions of the City of New York, Borough of Brooklyn, adjudging that defendant is the father of the child of the complaining witness, born out of wedlock, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.